THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE
ULSTER AND DELAWARE RAILROAD COMPANY. Respond-
ent, *v.* THE PUBLIC SERVICE COMMISSION FOR THE
SECOND DISTRICT OF THE STATE OF NEW YORK,
Appellant.

*People ex rel. Ulster & Del. R. R. Co.* v. *Public Service Commission,* 171 App. Div. 607, affirmed.

(Argued April 17, 1916; decided May 2, 1916.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered January 21, 1916, which annulled
an order of the public service commission, second district,
denying for want of power the petition of relator for
authority to charge more than two cents a mile for its
500-mile and 1000-mile tickets notwithstanding section 60
of the Railroad Law. The following question was cer-
tified: "Has the public service commission, second dis-
trict, jurisdiction to authorize the Ulster and Delaware
Railroad Company to charge a sum exceeding two cents
per mile for its 500-mile and 1000-mile tickets described
in section 60 of the Railroad Law?"

*Ledyard P. Hale* for appellant.

*Lewis E. Carr* for respondent.

Order affirmed, with costs, on the opinion of COCH-
RANE, J., below, and question certified answered in the
affirmative.

Concur: HISCOCK, CHASE, CUDDEBACK and HOGAN, JJ.
Dissenting: WILLARD BARTLETT, Ch. J., CARDOZO and
POUND, JJ.